IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BG III, a minor, by and through
his next friend and special guardian
Marion E. Grantham, Jr.                                                                         PLAINTIFF

V.                                  CAUSE NO. 4:16-CV-064-DMB-JMV

ROB BANKS, BRAD CARVER, JERRY CARVER
LEE TAYLOR and CARROL COUNTY                              DEFENDANT

## ORDER GRANTING MOTION TO SEAL

This matter comes before the Court upon the motion [9] of Plaintiff for an order sealing a document [1] pursuant to FRCP 5.2 and Local Rule 79 for the purpose of insuring the privacy interest of the minor Plaintiff. The minor Plaintiff's name was inadvertently disclosed in the original complaint filed in this action and appearing at docket number [1]; and, it appears to the Court to have been further inadvertently disclosed in the following documents: Summons [2] and Motion to Proceed In Forma Pauperis [3]. In order to protect the privacy interest of the minor child, the Court hereby orders that each of the aforementioned documents be sealed by the Court Clerk, and Plaintiff is ordered to re-file, within 2 days from the date of this order, each of the documents in such a form as to omit all but the initials of the subject minor child and in such a manner as to link said documents to the docket numbers of the original filings.

SO ORDERD this, the 10th day of May, 2016

                                                                        /s/ Jane M. Virden_____
                                                                        U.S. MAGISTRATE JUDGE