IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BG III, a minor, by and through
his next friend and special guardian
Marion E. Grantham, Jr.                          PLAINTIFF

V.                       CAUSE NO. 4:16-CV-064-DMB-JMV

ROB BANKS, BRAD CARVER, JERRY CARVER
LEE TAYLOR and CARROL COUNTY                    DEFENDANT

## ORDER

This matter is before the Court *sua sponte* to strike Plaintiff's Amended Complaint [23] filed May 31, 2016. Consistent with the Court's findings announced during a telephonic status conference held June 6, 2016, the Amended Complaint does not comply with the Court's May 10 Order [15] that required that the original Complaint [1], along with certain other documents, be refiled in redacted form. And, further, the new filing, to the extent it exceeds the scope of that Order, was filed without leave of court. Accordingly, the Amended Complaint [23] is hereby STRICKEN, and the Clerk shall promptly remove the document from the record of this case.

SO ORDERD this, the 7th day of June, 2016

                                             /s/ Jane M. Virden_____
                                             U. S. Magistrate Judge